# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.<br><br>    Plaintiff(s),<br><br>  v.<br><br>MANUEL REYNOSO<br><br>    Defendant(s). | CASE NO. 8:22-cv-00136-DSF-KES<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before November 14, 2022. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: October 13, 2022

    /s/ *Dale S. Fischer*
    Dale S. Fischer
    United States District Judge