JS-6

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13 **CALIFORNIA DEPARTMENT OF**
**TOXIC SUBSTANCES CONTROL**

Case No. 8:22-cv-00136-DSF-KESx

14 **and the TOXIC SUBSTANCES**
**CONTROL ACCOUNT,**

**JUDGMENT**

15

Plaintiffs,

16 **v.**

17

18 **MANUEL REYNOSO, individually**
**and d/b/a ORANGE COUNTY**
**METAL PROCESSING,**

19

20 Defendant.

21

The Court having granted a motion for default judgment,

22

IT IS ORDERED AND ADJUDGED that Defendant Manuel Reynoso is

23

jointly and severally liable to Plaintiffs for $4,038,232.76, representing

24

unreimbursed response costs incurred by Plaintiffs from 2007 through March 2021

25

under the Comprehensive Environmental Response, Compensation, and Liability

26

Act ("CERCLA"), 42 U.S.C. §§ 9601–9675, to respond to the release or threatened

27

release of hazardous substances at Orange County Metal Processing Site ("Site"), a

28

former metal finishing facility located at 1711 Kimberley Avenue, Fullerton, California, 92831, identified with Assessors' Parcel Number 033-270-30.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs are entitled to a declaratory judgment pursuant to CERCLA section 113(g)(2), 42 U.S.C. § 9613(g)(2), that Defendant Manuel Reynoso is jointly and severally liable without regard to fault to Plaintiffs for any appropriate response costs Plaintiffs have incurred, and for any further appropriate response costs Plaintiffs incur in the future, as a result of the release or threatened release of hazardous substances at the Site.

DATED:  December 19, 2022

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

2